PEOPLE v. McCULLUM

Appeal from Recorder's Court of Detroit, George W. Crockett, Jr., J. Submitted Division 1 May 4, 1971. (Docket No. 10345.) Decided May 26, 1971. Leave to appeal denied, 386 Mich 761.

Lee McCullum and Thomas McCullum were convicted of assault with intent to commit rape. Defendants appeal. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Robert A. Reuther,* Assistant Prosecuting Attorney, for the people.

*Richard A. Canvasser,* for defendants on appeal.

Before: V. J. BRENNAN, P. J., and J. H. GILLIS and T. M. BURNS, JJ.

PER CURIAM. Defendants were charged with having committed the offense of common-law rape, MCLA § 750.520 (Stat Ann 1954 Rev § 28.788). Following a jury trial, the defendants were convicted of the lesser included offense of assault with intent to commit rape, MCLA § 750.85 (Stat Ann 1962 Rev § 28.280).

Defendants allege reversible error occurred during their trial. We have examined the briefs and the record filed in the instant case, which disclose no reversible error.

Affirmed.